**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

EVERICK L. MONK
ADC #104809                                                                                          PLAINTIFF

V.                                    2:06CV00121 SWW/JTR

MICHAEL PHIEFFER,
Correctional Medical Services, et al.                                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set for in 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 13th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE